August 13, 2010

Mr. Reagan W. Simpson
King & Spalding LLP
401 Congress Ave. Suite 3200
Austin, TX 78701
Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

RE: Case Number: 10-0582
 Court of Appeals Number: 05-07-00845-CV
 Trial Court Number: 07-05675

Style: THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS
 v.
 LARRY M. GENTILELLO, M.D.

Dear Counsel:

 Today the Supreme Court of Texas granted the motion for extension of
time to file petition for review under Tex. R. App. P. 53.7(f) in the above-
referenced case. The petition for review is due to be filed no later than
September 22, 2010. The Emergency Motion to Enforce Statutory Stay and
Vacate Court of Appeals' Order is granted in part and issued the enclosed
stay order.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Lisa |
| |Matz |